IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, #297332, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CASE NO. 2:19-CV-612-WKW [WO]
| OFFICER LEROY JAMISON and OFFICER JOEY CRAIG, | ) ) ) |
| Defendants. | ) |

## ORDER

On May 12, 2022, the Magistrate Judge filed a Recommendation (Doc. # 31) to which Plaintiff filed an objection (Doc. # 32). Upon *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636, it is ORDERED as follows:

(1)   Plaintiff's objection (Doc. # 32) is OVERRULED.

(2)   The Recommendation (Doc. # 31) is ADOPTED.

(3)   Defendants' motion for summary judgment (Doc. # 18) is GRANTED.

(4)   No costs are taxed.

Final judgment will be entered separately.

DONE this 8th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE